UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

DONNIE KAY SNEED,

Plaintiff,

v.

FRED FAULK,

Defendant.

No. C 14-4368 LB

**ORDER OF TRANSFER**

Plaintiff, an inmate at the High Desert State Prison in Susanville, California, filed this *pro se* civil action, complaining of events and omissions that occurred at that prison. The prison is located in Lassen County, within the venue of the Eastern District of California. The defendant is the warden of the prison and apparently resides within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: October 16, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-4368 LB
ORDER